UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUZY ELKINS, on behalf of | ) | |
| Herself and other similarly situated | ) | |
| Plaintiff, | ) | 1:12-cv-5617 |
| | ) | Judge Kennelly |
| v. | ) | |
| | ) | |
| MEDCO HEALTH SOLUTIONS, INC., | ) | JURY TRIAL DEMAND |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE OF NON-OPPOSITION TO MOTION TO TRANSFER**

Plaintiff hereby notifies the Court that she does not oppose Medco's motion to transfer this case to the Eastern District of Missouri.

Respectfully submitted,

/s/Alexander H. Burke

Alexander H. Burke
**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com

Of counsel:
Robert T. Healey, pro hac vice
**Healey Law, LLC**
640 Cepi, Suite A
Chesterfield, MO 63005
direct: (636) 536-5175
fax: (636) 590-2882
bob@healeylawllc.com

Edward Broderick
Anthony Paronich

Broderick Law, P.C.
125 Summer St., Suite 1030
Boston, MA 02110
 (508) 221-1510
 (617) 951-3954

**CERTIFICATE OF SERVICE**

    The forgoing document was served upon counsel of record through the ECF system for the Northern District of Illinois.

                            /s/Alexander H. Burke